IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Electronically Filed on February 10, 2005)

| | | |
|---|---|---|
| **NEBRASKA PUBLIC POWER DISTRICT,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 01-116C |
| | ) | (Judge Allegra) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff Nebraska Public Power District ("NPPD"), by and through its undersigned counsel, respectfully moves this Court pursuant to RCFC 59 to reconsider and vacate the Opinion and Order entered in this action on January 31, 2005 (Sypolt, J.), in which the Court concluded that it lacked subject matter jurisdiction over this breach-of-contract action and dismissed the action because it could not have been timely filed – at the time it was filed in this Court – in the U.S. Court of Appeals for the District of Columbia Circuit under Section 119 of the Nuclear Waste Policy Act. The grounds for this motion, as more fully set forth in the accompanying memorandum, are that the Court committed a clear error of law in concluding, contrary to the decisions of the Federal Circuit and every other court that has ruled on this issue, that the Tucker Act does not provide this Court with subject matter jurisdiction over NPPD's damage claim against the United States for breach of contract. Reconsideration is appropriate to prevent the manifest injustice of dismissing this action without reaching the merits.

WHEREFORE, NPPD respectfully requests that the Court grant this motion, vacate the Opinion and Order of January 31, 2005, and proceed to the merits of this case.

Dated: February 10, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Nebraska Public Power District

Of Counsel:

Jay E. Silberg
David J. Cynamon
Walter F. Zenner
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)