# In The United States Court of Federal Claims

No. 01-116C

(Filed: February 11, 2005)

---

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On February 10, 2005, plaintiff filed a motion for reconsideration from the opinion and order entered into this action on January 31, 2005. On or before March 14, 2005, defendant shall file its response to the above motion.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge