**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 30, 2005)

| | |
|---|---|
| **NEBRASKA PUBLIC POWER DISTRICT**, Plaintiff, v. **THE UNITED STATES**, Defendant. | No. 01-116C (Judge Allegra) |

**NOTICE OF FEDERAL CIRCUIT ORDER REGARDING PLAINTIFF'S PETITION FOR PERMISSION TO APPEAL**

Plaintiff Nebraska Public Power District ("NPPD"), by and through its undersigned counsel, respectfully files this Notice to inform the Court of the Federal Circuit's March 25, 2005 Order ("Federal Circuit Order") on NPPD's petition – which was filed jointly with three other plaintiffs in the spent nuclear fuel cases – for permission to appeal the January 31, 2005 Opinion and Order (Sypolt, J.) in this case concluding that this Court lacked subject matter jurisdiction over NPPD's breach-of-contract action and dismissing the action.

The Federal Circuit Order (a copy of which is attached electronically to this Notice at Tab A) states that, in light of NPPD's and the other pending motions for reconsideration that are currently before this Court, the "better course" of action is holding the petition for permission to appeal "in abeyance pending resolution of the petitioners' motions for reconsideration by the Court of Federal Claims" rather than granting or denying the petition at this time.

In light of the Federal Circuit Order, NPPD respectfully awaits further direction from this Court concerning resolution of NPPD's motion for reconsideration.

Dated: March 30, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Nebraska Public Power District

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)