# In The United States Court of Federal Claims

No. 01-116C

(Filed: April 12, 2005)

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A status conference will be held in this case on Tuesday, May 3, 2005, at 2:00 p.m. (EDT). The court's telephone conferencing service will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge