# In The United States Court of Federal Claims

No. 01-116C

(Filed: May 4, 2005)
_____

NEBRASKA PUBLIC POWER DISTRICT,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

      A status conference was held in this case on May 3, 2005. Participating in the conference were Alexander D. Tomaszczuk, on behalf of plaintiff, and Harold Lester, on behalf of defendant. Pursuant to the discussions, the court adopts the following schedule:

1. On or before June 3, 2005, defendant shall file a motion on the "unavoidable delay issue" and a brief, not to exceed 50 pages, in support of that motion and to update its briefs on the four outstanding dispositive motions;

2. On or before July 8, 2005, plaintiff shall file a brief, not to exceed 50 pages, which responds to defendant's motion and updates its briefs on the four outstanding dispositive motions; and

3. On or before July 22, 2005, defendant shall file a reply, not to exceed 25 pages, limited to the "unavoidable delay" issue.

**IT IS SO ORDERED.**

                                             s/Francis M. Allegra_____
                                             Francis M. Allegra
                                             Judge