IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NEBRASKA PUBLIC POWER DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 01-116C |
| | ) | (Judge Allegra) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND THE COURT'S MAY 4, 2005 ORDER

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court amend the scheduling order that it issued on May 4, 2005, to provide defendant with 11 additional days, to and including June 14, 2005, to file its motion and brief concerning unavoidable delay, and update its briefs on the four outstanding dispositive motions, and to provide corresponding extensions of time for plaintiff's briefs, currently due on July 8, 2005, and defendant's reply brief, currently due July 22, 2005. Counsel for plaintiff, Nebraska Public Power District ("NPPD"), has indicated that NPPD does not oppose this proposed amendment to the Court's May 4, 2005 order. The Government specifically proposes the modification of the Court's order as follows:

1. On or before June 14, 2005, defendant shall file a motion on the "unavoidable delay issue" and a brief, not to exceed 50 pages, in support of that motion and to update its briefs on the four outstanding dispositive motions;

2. On or before July 19, 2005, plaintiff shall file a brief, not to exceed 50 pages, which responds to defendant's motion and updates its briefs on the four outstanding dispositive motions; and

3. On or before August 2, 2005, defendant shall file a reply, not to exceed 25 pages, limited to the "unavoidable delay" issue.

The requested enlargement is necessary because other case commitments of Government counsel have made it impossible for counsel to complete the Government's briefs. Specifically, counsel responsible for preparing the Government's briefs in this case is currently preparing for oral argument before the United States Court of Appeals for the Federal Circuit in Indiana Michigan Power Company v. United States, No. 04-5122, on June 6, 2005. Preparation for this argument, which addresses the first of the spent nuclear fuel cases to be decided, has demanded a significant amount of counsel's time.

In another spent nuclear fuel case, Tennessee Vallee Authority v. United States, No. 01-249C, the Government's pretrial memorandum of fact and contentions of law, and accompanying supplemental witness and exhibit lists, are due to be filed June 10, 2005. The pretrial conference in that case is scheduled to take place on Monday, June 13, 2005. Finally, the Government must also prepare for oral argument upon a motion to consolidate in two other spent fuel cases, Boston Edison v. United States, No. 99-447C, and Entergy Nuclear Generation Co. v. United States, No. 03-2626C, which is scheduled to take place on June 14, 2005.

For the foregoing reasons, defendant respectfully requests that the Court grant defendant's request to amend the Court's May 4, 2005 order, as specified above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 307-2503

June 2, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of June, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO AMEND THE COURT'S MAY 4, 2005 ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Heide L. Herrmann