IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NEBRASKA PUBLIC POWER DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-116C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CORRECTED UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE BRIEFING REGARDING THE "UNAVOIDABLE DELAYS" CLAUSE

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, submits this corrected unopposed motion for an enlargement of time and respectfully requests that the Court grant the Government an additional period of time of 21 days, from June 17, 2005 to and including July 8, 2005, within which to comply with that portion of the Court's May 4, 2005 order relating to the "unavoidable delays" clause in the Standard Contract.[1] On June 17, 2005, we filed a motion for an enlargement of time, seeking an enlargement from June 17 to July 8, 2005, for this purpose, but, having incorrectly counted the number of days leading to that due date, stated that the enlargement was for 14, rather than 21, days. Through this corrected motion, we are correcting that inadvertent misstatement.

Further, since we filed our motion on June 17, 2005, counsel for plaintiff, Alex Tomaszczuk, has informed us that plaintiff, Nebraska Public Power District ("NPPD"), does not

[1] This corrected motion is intended to supplement the motion for an enlargement that we filed on June 17, 2005. Rather than repeat the entirety of the contents of the June 17, 2005 motion, we have here explained the reason that we need to correct a misstatement in the June 17, 2005 motion and have included here the plaintiff's representation that it does not oppose the Government's motion for an enlargement.

oppose this motion for an enlargement to and including July 8, 2005. As we explained to Mr. Tomaszczuk, the Government's briefing in Sacramento Municipal Utility District v. United States, No. 98-488C (Fed. Cl.), in response to the Court's show cause order regarding whether the Standard Contract in that case is void is due on July 7, 2005. We are attempting to coordinate the consideration of the issues presented in that order and those relating to the "unavoidable delays" clause, so that the individuals at various levels of the Department of Energy and the Department of Justice who are reviewing and discussing the various spent nuclear fuel-related issues raised in these cases in a coordinated and more efficient manner. For the reasons specified in our motion for an enlargement of time that we filed on June 17, 2005, we respectfully request that the Court grant this motion for an enlargement, to and including July 8, 2005.

For the foregoing reasons, we respectfully request that the Court grant this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 307-2503

June 21, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 21st day of June, 2005, a copy of foregoing "DEFENDANT'S CORRECTED UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE BRIEFING RELATING TO THE ‘UNAVOIDABLE DELAYS’ CLAUSE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.