# In The United States Court of Federal Claims

No. 01-116C

(Filed: June 21, 2005)

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 21, 2005, defendant filed an unopposed motion for an enlargement of time to file briefing regarding the "unavoidable delay" clause. This motion is hereby **GRANTED**. Accordingly:

1. On or before July 8, 2005, defendant shall file a motion and brief on the "unavoidable delay issue," not to exceed 21 pages;

2. On or before August 12, 2005, plaintiff shall file a brief, not to exceed 50 pages, which responds to defendant's motion and updates its briefs on the four outstanding dispositive motions; and

3. On or before August 26, 2005, defendant shall file a reply, not to exceed 25 pages, limited to the "unavoidable delay" issue.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge