# In The United States Court of Federal Claims

No. 01-116C

(Filed: August 24, 2005)

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on the pending motions that was originally scheduled for Thursday, September 8, at 2:00 p.m. (EST) has been changed to 10:00 a.m. (EST) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge