# In The United States Court of Federal Claims

No. 01-116C

(Filed: October 5, 2005)

---

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Oral argument on the pending motions in this matter was held on September 8, 2005. During that proceeding, defendant stated that the writ of mandamus issued by the D.C. Circuit in *Northern States Power Co. v. Department of Energy*, 128 F.3d 754, 760 (D.C. Cir. 1997) "hinder[s] our ability to make various arguments" in the case *sub justice*. Transcript of Oral Argument at 23 (September 8, 2005).

Accordingly, on or before October 13, 2005:

(i) Defendant shall file a short memorandum (2 pages maximum) briefly stating the issues concerning liability that would be made in the present case were it not for the mandamus issued by the D.C. Circuit in *Northern States*, 128 F.3d 754.

(ii) Defendant shall also identify which of these issues are addressed by the Federal Circuit's decisions in *Maine Yankee Atomic Power Co. v. United States*, 225 F.3d 1336 (Fed. Cir. 2000) and *Northern States Power Co. v. United States*, 224 F.3d 1361 (Fed. Cir. 2000).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge