# In The United States Court of Federal Claims

No. 01-116C

(Filed: October 14, 2005)

__________

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

__________

**ORDER**

__________

On October 13, 2005, defendant filed a memorandum indicating that, but for the writ of mandamus issued by the D.C. Circuit in *Northern States Power Co. v. Department of Energy*, 128 F.3d 754, 760 (D.C. Cir. 1997), it would advance arguments herein based on the unavoidable delay clause of the Standard Contract. Defendant further stated that neither the Federal Circuit's decision in *Maine Yankee Atomic Power Co. v. United States*, 225 F.3d 1336 (Fed. Cir. 2000), nor in *Northern States Power Co. v. United States*, 224 F.3d 1361 (Fed. Cir. 2000), dispositively addresses these arguments.

Based on its review of this memorandum, the court desires briefing on whether the mandamus issued by the D.C. Circuit is binding int his proceeding. Accordingly:

(i) On or before November 14, 2005, defendant shall file a supplemental brief on whether the writ of mandamus should be deemed effective herein, covering any associated jurisdictional/authority issues;

(ii) On or before December 12, 2005, plaintiff shall file its response to defendant's supplemental brief;

(iii) On or before January 3, 2006, defendant shall file its reply brief.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge