# In The United States Court of Federal Claims

No. 01-116C

(Filed: November 15, 2005)

---

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On November 14, 2005, defendant filed an unopposed motion for an extension of time to submit briefing on the mandamus issue pursuant to the court's October 14, 2005, scheduling order. The motion is hereby **GRANTED**. Accordingly,

(i) On or before December 9, 2005, defendant shall file a supplemental brief on whether the writ of mandamus should be deemed effective herein, covering any associated jurisdictional/authority issues;

(ii) On or before January 6, 2006, plaintiff shall file its response to defendant's supplemental brief;

(iii) On or before January 27, 2006, defendant shall file its reply brief.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge