# In The United States Court of Federal Claims

No. 01-116C

(Filed: December 16, 2005)

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 15, 2005, defendant filed an unopposed motion for an extension of time to submit briefing on the mandamus issue pursuant to the court's October 14, 2005, scheduling order. The motion is hereby **GRANTED**. Accordingly,

(i) On or before December 23, 2005, defendant shall file a supplemental brief on whether the writ of mandamus should be deemed effective herein, covering any associated jurisdictional/authority issues;

(ii) On or before January 20, 2006, plaintiff shall file its response to defendant's supplemental brief;

(iii) On or before February 10, 2006, defendant shall file its reply brief.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge