**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 13, 2006)

| | | |
|---|---|---|
| **NEBRASKA PUBLIC POWER DISTRICT,** Plaintiff, | ) | |
| v. | ) | No. 01-116C (Judge Allegra) |
| **THE UNITED STATES,** Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff Nebraska Public Power District ("NPPD") respectfully requests an enlargement of time of 14 days from January 20, 2006 through February 3, 2006 within which to file its response brief on whether the U.S. Court of Appeals for the District of Columbia Circuit's writ of mandamus in Northern States Power Co. v. Dep't of Energy, 128 F.3d 754, 760 (D.C. Cir. 1997) is binding on this case. See October 14, 2005 Order. As stated above, NPPD's response brief is currently due on January 20, 2006. December 16, 2005 Order. This is NPPD's first request for an enlargement of time to file its response brief. Counsel for NPPD has spoken with counsel for Defendant (the "Government"), who has stated the Government does not object to this motion.

Counsel for NPPD needs this enlargement due to the press of work in other on-going cases in this Court and at the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit"). In particular, counsel for NPPD is currently preparing discovery responses and complying with requests for document production in System Fuels, Inc. v. United States, No. 03-2624C (Braden, J.) and in Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.). Also, counsel is preparing to submit to the Government an expert report on damages and

its supporting documentation in System Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.). Furthermore, counsel is preparing a supplemental brief regarding the effect of the Federal Circuit's mandate in Indiana Michigan Power Co. v. United States, 422 F.3d 1369 (Fed. Cir. 2005) and other recent decisions from this Court in the spent nuclear fuel cases on Detroit Edison Co. v. United States, No. 02-926C (Williams, J.). Lastly, counsel is preparing a reply brief in support of an appeal at the Federal Circuit in PSEG Nuclear, L.L.C. v. United States, No. 05-5162 (Fed. Cir.). This appeal concerns Judge Sypolt's ruling in Florida Power & Light Co. v. United States, 64 Fed. Cl. 37 (2005) on this Court's jurisdiction over breach of contract actions in the spent nuclear fuel litigation – a ruling that the Court subsequently reconsidered and vacated in the instant case. See March 30, 2005 Order.

Thus, for the foregoing reasons, NPPD respectfully requests an enlargement of time of 14 days from January 20, 2006 through February 3, 2006 within which to file its response to the Court's October 14, 2005 Order.

Dated: January 13, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Nebraska Public Power District

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)