# In The United States Court of Federal Claims

No. 01-116C

(Filed: January 13, 2006)

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On January 13, 2006, plaintiff filed an unopposed motion for an extension of time to submit briefing on the mandamus issue pursuant to the court's October 14, 2005, scheduling order. The motion is hereby **GRANTED**. Accordingly,

(i) On or before February 3, 2006, plaintiff shall file its response to defendant's supplemental brief;

(ii) On or before February 24, 2006, defendant shall file its reply brief.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge