# In The United States Court of Federal Claims

No. 01-116C

(Filed: June 2, 2006)

---

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

Oral argument was held in this case on June 1, 2006. Participating in the argument was Jay E. Silberg, on behalf of plaintiff, and Harold D. Lester, Jr., on behalf of defendant.

Pursuant to the discussion held therein, the parties shall file supplemental briefs comprehensively addressing the issues described by the court at oral argument:

(1) On or before July 7, 2006, the parties shall file simultaneous briefs, not to exceed 30 pages, which shall explore:

(a) Whether and, if so, under what circumstances it is appropriate in this case to attack collaterally the writ of mandamus issued by the D.C. Circuit (said discussion should address, but not be limited to, the Federal Circuit's decision in *Christopher Village, L.P. v. United States*, 360 F.3d 1319 (Fed. Cir. 2004)); and

(b) Whether appropriate waivers of sovereign immunity underlie and support the mandamus writ issued by the D.C. Circuit, at least insofar as that court invoked jurisdiction under 42 U.S.C. § 10139(a)(1), and, apparently, the All Writs Act, 28 U.S.C. § 1651. To the extent such waivers may be provided by the Administrative Procedure Act, the parties shall discuss the application of 5 U.S.C. §§ 702 and 704 to the D.C. Circuit case, in light, *inter alia*, of *Consol. Ed. Co. of New York, Inc. v. U.S. Dept. of Energy*, 247 F.3d 1378 (Fed. Cir. 2001).

(2) On or before July 24, 2006, the parties shall file simultaneous reply briefs, not to exceed 20 pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge