IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NEBRASKA PUBLIC POWER DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-116C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant the parties an enlargement of the time of five days, to and including July 12, 2006, within which they must file briefing in response to paragraph (1) of the Court's order dated June 2, 2006. The parties' briefs are currently due today, July 7, 2006. Neither party has previously requested an enlargement of time for this purpose. Counsel for plaintiff, Alex Tomaszczuk, has represented that plaintiff, Nebraska Public Power District ("NPPD"), does not oppose this motion.

Although we had anticipated that we would be able to complete the Government's briefing today, we have identified, as we have researched the issues that the Court identified in its June 2, 2006 order, a need to confer with another part of the Department of Justice, as well as with the Department of Energy, regarding prior analyses of section 119 of the Nuclear Waste Policy Act, 42 U.S.C. § 10139, and waivers of sovereign immunity. We have begun that consultation, but need additional time to continue it and to analyze further the issues identified in the Court's June 2, 2006 order based upon that consultation. In addition, significant briefing in other spent nuclear fuel ("SNF") cases that is also due today or was due yesterday has impeded

our ability to complete these tasks. Specifically, although we only received plaintiff's post-trial brief in Pacific Gas & Electric Co. v. United States, Nos. 04-00074C & -00075C (Fed. Cl.), after the close of business on Friday, June 30, 2006, our post-trial reply brief in that case is due today, and we have been required to devote significant attention to it. In addition, counsel was required to assist in briefing that was filed yesterday, July 6, 2006, in Vermont Yankee Nuclear Power Corp. v. United States, No. 02-898C (Wheeler, J.) and Entergy Nuclear Vermont Yankee, LLC v. United States, No. 03-2663C (Wheeler, J.), regarding issues related to liability and the plaintiff's non-payment of a one-time fee required by the Standard Contract. Further, counsel is assisting in preparation for closing arguments in Southern Nuclear Operating Co. v. United States, No. 98-614C (Fed. Cl.), to be held at on Tuesday afternoon, July 11, 2006, and is responsible for ensuring that the Government's expert reports in Northern States Power Co. v. United States, No. 98-484C (Fed. Cl.), are completed and served on Tuesday, July 11, 2006. Nevertheless, we anticipate that, with the requested enlargement, we should be able to complete our analysis of the issues identified in the Court's June 2, 2006 order and file the briefing with the Court. NPPD's counsel has requested that it be granted the same enlargement as the Government so that the parties' briefs will be simultaneous, a request to which we have no objection.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Heide L. Herrmann
HEIDE L. HERRMANN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 307-2503

July 7, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of July, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.