# In The United States Court of Federal Claims

No. 01-116C

(Filed: November 21, 2006)

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On October 31, 2006, this court issued an opinion and order instructing the parties to brief the "unavoidable delays" clause of the Standard Contract, and requiring defendant's brief on such clause to be filed on or before November 20, 2006. On November 13, 2006, plaintiff filed a motion for certification of the October 31, 2006, opinion and order for interlocutory appeal. On November 20, 2006, defendant filed an unopposed motion for an extension of time in which to file its brief on the "unavoidable delays" clause, to and including December 11, 2006, in light of the pending motion for certification of the October 31, 2006, opinion and order for interlocutory appeal, and defense counsel's other obligations. Defendant's motion for an extension of time in which to file its brief on the "unavoidable delays" clause is hereby **GRANTED**. Accordingly:

1. On or before December 11, 2006, defendant shall file a brief on the unavoidable delays clause of the Standard Contract.

2. On or before January 5, 2007, plaintiff shall file its response to the defendant's brief.

3. On or before January 26, 2007, defendant shall file its reply to plaintiff's response.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge