# In The United States Court of Federal Claims

No. 01-116C

(Filed: December 1, 2006)

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 30, 2006, defendant filed an unopposed motion for an enlargement of time, to and including December 11, 2006, within which to respond to plaintiff's motion to certify the Court's opinion dated October 31, 2006, for interlocutory appeal. Defendant's motion is hereby **GRANTED**. **No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge