#066261

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **NEBRASKA PUBLIC POWER DISTRICT,** Plaintiff, v. **THE UNITED STATES,** Defendant. | No. 01-116C (Judge Allegra) |

**NOTICE OF INTERLOCUTORY APPEAL**

Pursuant to the U.S. Court of Appeals for the Federal Circuit's ("Federal Circuit") March 1, 2007 order (*see* Attachment 1) granting its petition for permission to appeal, Plaintiff Nebraska Public Power District ("NPPD") hereby provides notice of its interlocutory appeal accompanied by the filing of its $455.00 filing fee. Consistent with the Federal Circuit's March 5, 2007 letter to this Court, NPPD respectfully requests that this Court notify the Federal Circuit that NPPD has submitted its filing fee. *See* Attachment 2.

Dated: March 9, 2007

Respectfully submitted,

Alex Tomaszczuk for Daniel Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, Virginia 22102-4859
(703) 770-7940
(703) 770-7901 (fax)
Counsel of Record for Plaintiff
Nebraska Public Power District

Of Counsel:

Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 (fax)

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 843

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff-Petitioner,

v.

UNITED STATES,

Defendant-Respondent.

ON PETITION FOR PERMISSION TO APPEAL

Before NEWMAN, RADER,and LINN Circuit Judges.

RADER, Circuit Judge.

## ORDER

Nebraska Public Power District (NPPD) petitions for permission to appeal the order certified by the United States Court of Federal Claims in Nebraska Pub. Power Dist. v. United States., No. 01-CV-116 as one involving a controlling question of law as to which there is substantial ground for difference of opinion and for which an immediate appeal may materially advance the ultimate termination of the litigation. 28 U.S.C. §§ 1292(d). The United States responds.*

NPPD filed an action in the trial court seeking damages for, inter alia, the Department of Energy's alleged partial breach of contract. The United States indicated that it wished to present a defense based on a contract provision concerning delays,

* The United States indicates that it consents to the petition for permission to appeal, but objects to NPPD's characterization of the questions presented for review. We note that the trial court certified for appeal the order, not any particular questions.

but that a writ of mandamus issued by the United States Court of Appeals for the District of Columbia Circuit in Northern States Power Co. v. Dept. of Energy, 128 F.3d 754 (D.C. Cir. 1997) precluded it from presenting that defense. After briefing and oral argument, the trial court ruled that the D.C. Circuit's mandamus order in Northern States is void and thus does not preclude the United States from asserting the contract delay provision as a defense. On NPPD's motion, the trial court certified its order for interlocutory appeal. NPPD seeks permission to appeal.

In certifying its order for interlocutory appeal, the trial court determined that the order involved a controlling question of law with respect to which there is a substantial ground for difference of opinion and that an immediate appeal may materially advance the ultimate termination of the litigation.

The decision whether to grant a petition for permission to appeal is within this court's discretion. See In re Convertible Rowing Exerciser Patent Litigation, 903 F.2d 822 (Fed. Cir. 1990). In this case, we conclude that interlocutory appeal is warranted.

Accordingly,

IT IS ORDERED THAT:

The petition for permission to appeal is granted.

FOR THE COURT

MAR 01 2007
Date

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAR 01 2007
JAN HORBALY
CLERK

cc: Alexander D. Tomaszczuk, Esq.
Harold D. Lester, Esq.

s17

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

March 5, 2007

**Title:** NEBRASKA PUBLIC V US
**Case Number:** 2007-M843

PILLSBURY WINTHROP SHAW PITTMAN
RECEIVED
MAR 06 2007
McLEAN, VA

**To:** Clerk
**Re:** U.S. Court of Federal Claims, 01-CV-116

Dear Clerk:

This is to inform you that the Petition for Permission to Appeal has been granted in the above-entitled case.

Please transmit the following to this court: (a) a certified copy of the docket entries, (b) the Appeal Information Sheet, and (c) proof of payment of filing fee.

Thank you for your cooperation.

Very truly yours,

Jan Horbaly /GJB

Jan Horbaly
Clerk

Enclosure

cc: Alex D. Tomaszczuk
Harold D. Lester, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Interlocutory Appeal was served by U.S. Mail (first class, postage pre-paid) this 9th day of March 2007, upon:

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503