# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2007-5083 - NEBRASKA PUBLIC POWER V US

**Date of docketing:** 03/15/2007

**Appeal from:** United States Court of Federal Claims case no. 01-CV-116

**Appellant(s):** Nebraska Public Power District

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Alexander D. Tomaszczuk
Harold D. Lester, Jr.

# 2007-5083

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Francis M. Allegra**

**Nature of Suit:** 536

**Type of Case**: Spent Nuclear Fuel

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAR 1 5 2007
JAN HORBALY
CLERK

NEBRASKA PUBLIC POWER DISTRICT,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 01-116 C.

**Cross or Related**? No.

**Appeal filed by:** Plaintiff.

**Date Judgment Entered**: Interlocutory Appeal.

**Notice of Interlocutory Appeal**: March 9, 2007. Pet. for Permission to Appeal in 2007 M8?? granted 3/1/07

**Fee**: $455.00.

***See Docket Sheet for Plaintiff and Defendant attorney information***.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5083

NEBRASKA PUBLIC POWER DISTRICT,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 01-CV-116, Judge Francis M. Allegra.

Authorized Abbreviated Caption[2]

NEBRASKA PUBLIC POWER v US, 2007-5083

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.