# In the United States Court of Federal Claims

**01-116 C**

**Filed:08/9/2007**

**NEBRASKA PUBLIC POWER DISTRICT,**

**v.**

**THE UNITED STATES**

**Document** : Motion to Intervene (Filed by William D. Peterson)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.