# In The United States Court of Federal Claims

No. 01-116C

(Filed: March 11, 2010)

_____

NEBRASKA PUBLIC POWER DISTRICT,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On or before April 1, 2010, the parties shall file a joint status report indicating how the case should proceed, with a schedule as appropriate.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra  
                                                  Francis M. Allegra  
                                                  Judge