# In The United States Court of Federal Claims

No. 01-116C

(Filed: May 26, 2010)
_____

NEBRASKA PUBLIC POWER DISTRICT,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**
_____

On May 21, 2010, the parties filed a joint status report, requesting this case remain stayed until August 31, 2010, so the parties could pursue settlement discussions.  Based on this request, this case shall remain stayed until August 31, 2010, on or before which date the parties shall file a joint status report describing their progress toward settlement.  If the parties have not reached a preliminary agreement regarding settlement by that date, the court will restore this case to the active docket.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge