# In The United States Court of Federal Claims

No. 01-116C

(Filed:  September 3, 2010)

_____

NEBRASKA PUBLIC POWER DISTRICT,

       Plaintiff,

  v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Monday, September 13, 2010, at 3:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                     s/Francis M. Allegra
                                                     Francis M. Allegra
                                                     Judge