# In The United States Court of Federal Claims

No. 01-116C

(Filed:  September 14, 2010)
_____

NEBRASKA PUBLIC POWER DISTRICT,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

On August 31, 2010, the parties filed a joint status report with their proposed expert discovery and trial schedule.  On September 13, 2010, a telephonic status conference was held in this case.  Participating at the conference were Mr. Alex Tomaszczuk, for plaintiff, and Mr. Alan Lo Re, for defendant.  During discussions, both parties agreed to the proposed expert discovery and trial schedule.  Accordingly:

1. On or before December 22, 2010, plaintiff shall disclose its expert witnesses and their expert reports shall be served, pursuant to RCFC 26(a)(2);

2. On or before June 3, 2011, defendant shall disclose its expert witnesses and their expert reports shall be served, pursuant to RCFC 26(a)(2);

3. On or before September 2, 2011, expert discovery shall be completed;

4. On or before September 16, 2011, the parties shall file a joint status report with a proposed pretrial and trial schedule, including the location where trial will be held, and

5. Trial in this case will be conducted January 17 through 28, 2012.

The court encourages the parties to continue to engage in settlement discussions.

    **IT IS SO ORDERED.**

                             s/ Francis M. Allegra  
                             Francis M. Allegra  
                             Judge